**Fill in this information to identify your case:**

Debtor 1 Tamika Lotterberry
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: __________ District of __________

Case number 26-15902-nmc
(If known)

# Official Form 101B

## Statement About Payment of an Eviction Judgment Against You

12/15

**Fill out this form only if:**

- ☑ **you filed *Initial Statement About an Eviction Judgment Against You* (Official Form 101A); and**
- ☑ **you served a copy of Form 101A on your landlord; and**
- ☑ **you want to stay in your rented residence for more than 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).**

**File this form within 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). Also serve a copy on your landlord within that same time period.**

### Certification About Applicable Law and Payment of Eviction Judgment

**I certify under penalty of perjury that** (*Check all that apply*):

- ☑ Under the state or other nonbankruptcy law that applies to the judgment for possession (*eviction judgment*), I have the right to stay in my residence by paying my landlord the entire delinquent amount.
- ☑ Within 30 days after I filed my *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101), I have paid my landlord the entire amount I owe as stated in the judgment for possession (*eviction judgment*).

✘ [signature]
Signature of Debtor 1

Date 9/10/2026
MM / DD / YYYY

✘ ______________________________
Signature of Debtor 2

Date ______________
MM / DD / YYYY

**You must serve your landlord with a copy of this form.**

Check the Bankruptcy Rules (www.uscourts.gov/rulesandpolicies/rules.aspx) and the court's local website (go to http://www.uscourts.gov/Court_Locator.aspx to find your court's website) for any specific requirements that you might have to meet to serve this statement.

**Fill in this information to identify your case:**

Debtor 1 Tamika Lotterberry
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: ____________ District of ____________ (State)

Case number 26-15902-nmc
(If known)

Official Form 101A

# Initial Statement About an Eviction Judgment Against You

12/15

**File this form with the court and serve a copy on your landlord when you first file bankruptcy only if:**

- ☑ **you rent your residence; and**
- ☑ **your landlord has obtained a judgment for possession in an eviction, unlawful detainer action, or similar proceeding (called *eviction judgment*) against you to possess your residence.**

Landlord's name St Clair Apts

Landlord's address 5450 S. Fort Apache rd.
Number Street

Las Vegas NV 89178
City State ZIP Code

**If you want to stay in your rented residence after you file your case for bankruptcy, also complete the certification below.**

## Certification About Applicable Law and Deposit of Rent

I certify under penalty of perjury that:

☑ Under the state or other nonbankruptcy law that applies to the judgment for possession (*eviction judgment*), I have the right to stay in my residence by paying my landlord the entire delinquent amount.

☑ I have given the bankruptcy court clerk a deposit for the rent that would be due during the 30 days after I file the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

✗ [signature]
Signature of Debtor 1

Date 9 | 18 | 2026
MM / DD / YYYY

✗ ______________________
Signature of Debtor 2

Date ______________
MM / DD / YYYY

**Stay of Eviction:** (a) **First 30 days after bankruptcy.** If you checked both boxes above, signed the form to certify that both apply, and served your landlord with a copy of this statement, the automatic stay under 11 U.S.C. § 362(a)(3) will apply to the continuation of the eviction against you for 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

(b) **Stay after the initial 30 days.** If you wish to stay in your residence after that 30-day period and continue to receive the protection of the automatic stay under 11 U.S.C. § 362(a)(3), you must pay the entire delinquent amount to your landlord as stated in the eviction judgment before the 30-day period ends. You must also fill out *Statement About Payment of an Eviction Judgment Against You* (Official Form 101B), file it with the bankruptcy court, and serve your landlord a copy of it before the 30-day period ends.

**Check the Bankruptcy Rules (** http://www.uscourts.gov/rules-policies/current-rules-practice-procedure**) and the local court's website (to find your court's website, go to** http://www.uscourts.gov/court-locator**) for any specific requirements that you might have to meet to serve this statement. 11 U.S.C. §§ 362(b)(22) and 362(l)**